JET/EAH: Dec. 2017
By Information

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# <u>WESTERN DIVISION</u>

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| **v.** ) | **Case No:** |
| ) | |
| **ALLISON LEE CROUT** ) | |

## INFORMATION

The United States Attorney charges that:

### COUNT ONE
### Theft of Government Funds
### [18 U.S.C. § 641]

From in or about March 2014, until in or about June 2017, in Tuscaloosa County, within the Northern District of Alabama and elsewhere, the defendant,

**ALLISON LEE CROUT,**

did willfully and knowingly embezzle, steal, purloin, convert to the use of herself and others, and retain moneys and things of value of the Social Security Administration, a department and agency of the United States, that is: approximately $29,155.60 in Social Security Supplemental Security Income benefits made to her as a representative payee, to which she knew she was not entitled.

All in violation of Title 18, United States Code, Section 641.

## NOTICE OF FORFEITURE
[18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c)]

1.  The allegations in Count One of this Information are re-alleged and incorporated by reference as though set forth fully herein for the purpose of alleging forfeiture to the United States pursuant to the provisions of Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

2.  Pursuant to Rule 32.2(a) of the *Federal Rules of Criminal Procedure*, the Defendant is hereby notified that, upon conviction of the offenses alleged in Count One of this Information, the Defendant,

**ALLISON LEE CROUT,**

shall forfeit to the United States any property, real or personal, which constitutes or is derived from proceeds traceable to the violation alleged in Count One, including but not limited to a forfeiture money judgment in the amount of $29,155.60.

3.  If any of the above-described forfeitable property, as a result of any act or omission of the Defendant:

   a. cannot be located upon the exercise of due diligence;

   b. has been transferred or sold to, or deposited with, a third party;

   c. has been placed beyond the jurisdiction of the court;

2

    d. has been substantially diminished in value; or

    e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), to seek forfeiture of any other property of said Defendant up to the value of the forfeitable property described above.

All in accordance with Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c).

                  JAY E. TOWN
                  United States Attorney

                  */s/ Electronic Signature*
                  ELIZABETH A. HOLT
                  Assistant United States Attorney